IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00171-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWIN H. LUND,

    Defendant.
_____

## MINUTE ORDER
_____

The following Minute Order is entered by Judge Walker D. Miller:

Continuation of the hearing on the supervised release violation will be held **September 5, 2007 at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

You are reminded that anyone entering the courthouse needs a photo I.D.

Dated: February 23, 2007

                                          s/Kathy Preuitt-Parks, Deputy Clerk