# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Supervised Release) |
| v. | Case Number: 06-cr-00171-WDM-01 |
| | USM Number: 20021-068 |
| EDWIN H. LUND | Scott Varholak, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Pay Restitution | 2/5/06 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 3 and 4 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 5, 2007
Date of Imposition of Judgment

Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

9/14/07
Date

DEFENDANT: EDWIN H. LUND
CASE NUMBER: 06-cr-00171-WDM-01                                          Judgment-Page 2 of 6

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Falsifying Written Reports | 2/8/06 |
| 5 | Failure to Pay Restitution as Directed | 5/5/06 |

DEFENDANT: EDWIN H. LUND
CASE NUMBER: 06-cr-00171-WDM-01                                          Judgment-Page 2 of 6

DEFENDANT: EDWIN H. LUND
CASE NUMBER: 06-cr-00171-WDM-01                                          Judgment-Page 3 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of three (3) months. No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons place the defendant at the Federal Prison Camp, Englewood, Colorado or Florence, Colorado.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before noon on October 15, 2007.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: EDWIN H. LUND  
CASE NUMBER: 06-cr-00171-WDM-01                                                         Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $3,146,299.53 |
| **TOTALS** | $100.00 | $0.00 | $3,146,299.53 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Restitution Ordered |
|---|---|
| Sorce Financial Group<br>235 West Sixth Street<br>Erie, PA  16507 | $24,727.40 |
| Intech Metals Inc.<br>140 Main Street, Box 506<br>Ridgway, PA  15853 | $46,278.22 |
| Classic Molded Plastics Inc.<br>1809 Pittsburgh Avenue<br>Erie, PA  16502 | $26,737.04 |
| Erie Molded Plastics<br>6020 West Ridge Road<br>Erie, PA  16506 | $7,368.99 |
| Chico's Traveler's Inn Inc.<br>7294 Main Street<br>Fairview, PA  16515 | $18,728.63 |
| Dobrich Electric Inc.<br>1711 Chestnut Street<br>Erie, PA  16502 | $7,784.63 |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  EDWIN H. LUND
CASE NUMBER:  06-cr-00171-WDM-01

Judgment-Page 5 of 6

| **Name of Payee** | **Restitution Ordered** |
|---|---|
| Erie Transportation Service Inc.<br>1619 State Street<br>Erie, PA  16501 | $12,716.93 |
| Howard Industries Partnership<br>6400 Howard Drive<br>Fairview, PA  16415 | $9,886.64 |
| Integra Tool & Mold Inc.<br>8212 Edinboro Road<br>Erie, PA  16509 | $5,190.29 |
| National City Bank<br>20 Stanwix Street<br>Pittsburgh, PA  15222-4802 | $2,986,880.76 |
| **TOTALS** | $3,146,299.53 |

Restitution amount ordered pursuant to plea agreement: . . . . .$3,146,299.53

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

Any restitution owing at time of the revocation has been referred to the United States Attorney's Office to utilize whatever civil remedies they have available for collection of restitution.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: EDWIN H. LUND
CASE NUMBER: 06-cr-00171-WDM-01                                               Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The assessment shall be paid immediately. Any payment made that is not payment in full shall be divided proportionately among the first nine victims just named. After those victims have been made whole, all further payments will be disbursed to National City Bank.

The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program, through which 50 percent of the defendant's salary shall be applied to the restitution. Any balance that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) restitution principal.