IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cr-00171-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWIN LUND,

    Defendant, and

SEARS ASC,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby:

**ORDERS** that the Motion to Dismiss Writ of Garnishment filed on February 28, 2007 in this case is **GRANTED**.

ORDERED and entered this 23rd day of October, 2007.

                          BY THE COURT:

                          s/ Michael E. Hegarty
                          Michael E. Hegarty
                          United States Magistrate Judge